Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants CITY OF TRACY,
CITY OF TRACY POLICE DEPARTMENT
and OFFICERS KOOTSTRA and STAMMLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS GARFIELD SMITH, JR., <br><br> Plaintiff, <br> vs. <br><br> CITY OF TRACY, a municipality; CITY OF TRACY POLICE DEPT.; OFFICER KOOSTRA, an individual and employee of CITY OF TRACY POLICE DEPT.; OFFICER STAMMLER, an individual and employee of CITY OF TRACY POLICE DEPT.; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: 2:06-CV-02242-WBS-EFB <br><br> **STIPULATION DISMISSING THE FIFTH CAUSE OF ACTION OF PLAINTIFF'S COMPLAINT WITH PREJUDICE; [PROPOSED] ORDER DISMISSING FIFTH CAUSE OF ACTION OF COMPLAINT** |

Plaintiff LOUIS GARFIELD SMITH, JR. by and through his counsel of record Thomas P. Hogan of the Law Offices of Thomas P. Hogan, and Defendants CITY OF TRACY, CITY OF TRACY POLICE DEPT. and OFFICERS KOOTSTRA (sued herein as Koostra) and STAMMLER, by and through their counsel of record Arlene C. Helfrich of Bertrand, Fox and Elliot, hereby agree and stipulate as follows:

Based on plaintiff's non-compliance with the California Tort Claims Act as to claims set forth in the fifth cause of action of plaintiff's complaint herein, plaintiff agrees to dismiss said cause of action with prejudice. The parties stipulate that as to this fifth cause of action, each party shall bear their own costs and fees.

PDF created with pdfFactory trial version www.pdffactory.com

SO STIPULATED.

Dated: July 25, 2007                BERTRAND, FOX & ELLIOT


By: _____/s/_____
GREGORY M. FOX
ARLENE C. HELFRICH
Attorneys for Defendants CITY OF TRACY,
CITY OF TRACY POLICE DEPARTMENT
and OFFICERS KOOTSTRA and STAMMLER

Dated: July 26, 2007                LAW OFFICES OF THOMAS P. HOGAN


By: _____/s/_____
THOMAS P. HOGAN
Attorneys for Plaintiff, LOUIS GARFIELD SMITH, JR.

### ORDER

Having reviewed the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the fifth cause of action for harassment of plaintiff's complaint herein be dismissed with prejudice. Each party shall bear their own costs and fees as to the fifth cause of action.

SO ORDERED.

Dated: July 30, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

1 | ATTORNEY ATTESTATION

2 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a
3 | "conformed" signature (/s/) within this E-filed document.

4
5 | Dated: July 27, 2007                       /s/
                                          ARLENE C. HELFRICH

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION DISMISSING FIFTH CAUSE OF ACTION
SMITH v. TRACY et al. / No. 2:06-CV-00242-WBS-EFB
PDF created with pdfFactory trial version www.pdffactory.com