Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
E-Mail:      gfox@bfesf.com

Attorneys for Defendants CITY OF TRACY,
CITY OF TRACY POLICE DEPARTMENT
and OFFICERS CRAIG KOOSTRA and CRISTIN STAMLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS GARFIELD SMITH, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF TRACY, a municipality; CITY OF TRACY POLICE DEPT.; OFFICER KOOSTRA, an individual and employee of CITY OF TRACY POLICE DEPT.; OFFICER STAMMLER, an individual and employee of CITY OF TRACY POLICE DEPT.; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: 2:06-CV-02242-WBS-EFB <br><br> **STIPULATION AND PROTECTIVE ORDER Re: DISCLOSURE OF DOCUMENTS RELATING TO DEFENDANT OFFICERS KOOTRSTRA AND STAMMLER** |

WHEREAS, plaintiff has sought discovery of certain Tracy Police Department Internal Affairs Documents pertaining to defendant officers CRAIG KOOTRSTRA and CHRISTIAN STAMMLER and others, and defendants have objected to producing these documents based on privacy and relevance; and

WHEREAS, the information and documents contained in the requested Internal Affairs files are of a confidential, private nature and the purposes of this order is to protect the confidentiality of such information;

IT IS HEREBY STIPULATED between Plaintiff LOUIS GARFIELD SMITH, JR and his attorney, THOMAS P. HOGAN, and Defendants CITY OF TRACY and the TRACY POLICE

STIPULATION FOR AND [PROPOSED] PROTECTIVE ORDER

DEPARTMENT and the named OFFICER DEFENDANTS, by and through their attorney GREGORY J. FOX, as follows:

1.  Any and all Tracy Police Department Professional Standards Unit documents, personnel files and/or personnel records as defined by California Penal Code sections 832.5, 832.7 regarding any officer of the Tracy Police Department are considered confidential documents which are subject to the terms of this protective order.

2.  In the event that plaintiff deposes defendants or any other employee of the City of Tracy regarding the confidential documents, for such deposition testimony, the witness or his counsel shall invoke the provisions of the stipulation and protective order by stating on the record during the deposition that testimony given at the deposition is designated 'confidential' or by designation of the deposition transcript, or portions thereof, as 'confidential' within fourteen (14) days after counsel receives the deposition transcript.

3.  If one or more of the confidential documents protected by this stipulation and order is used during the course of a deposition herein, that portion of the deposition record reflecting such confidential information shall be stamped as 'confidential,' and access thereto shall be limited pursuant to the other terms of the stipulation and order.

4.  The confidential documents or copies or extracts therefrom and the information therein, may be given, shown, made available to, or communicated in any way only to parties, including an officer, director, manager, supervisor, or in-house counsel of a party; counsel for the parties, including certified law students, or an employee or contractor of such counsel to whom it is necessary that the material be shown for purposes of this litigation; other employees of a party for the sole purpose of working directly on the litigation; and third party consultants and independent experts to whom it is necessary that the material be shown for purposes of this litigation.

5.  If an attorney for any party in this litigation desires to give, show, make available or communicate any portion of the confidential documents to any person who is not specifically authorized to have access to such document pursuant to paragraph 4, the requesting attorney will

1  disclose to the attorney for the party who produced the document the name of the person to whom
2  disclosure of the document is sought.  The attorneys will then have ten (10) days to negotiate the
3  terms of disclosure to that person and, if no agreement can be reached, the requesting attorney may
4  seek leave of court on notice to make the disclosure in question.

5  6.     Each person other than employees or contractors permitted by the parties or their counsel to
6  have access to the confidential documents pursuant to terms of this stipulation and order shall, prior
7  to being afforded such access, be shown the stipulation and protective order and shall sign an
8  agreement in the form attached hereto as Exhibit 'A' stating that he or she has read and understands its
9  terms and shall abide by them.  A file shall be maintained by the attorneys of record of all written
10 agreements signed by persons to whom such documents have been given, which file shall be
11 available for inspection in camera by the Court upon a showing of good cause by the moving party
12 pursuant to a noticed motion.

13 7.     This Stipulated Protective Order creates no entitlement to file any information under seal.
14 Rather, Local Rule 39-141 sets forth the procedures that must be followed and reflects the standards
15 that will be applied when a party seeks permission from the Court to file material under seal.

16 8.     The attorneys of record for the parties are in accord with the above terms of this stipulation
17 and protective order as acknowledged hereafter by their signatures, and have requested the Court to
18 enter this stipulation and protective order.

19 9.     This stipulation and protective order shall be effective from the date of the execution of the
20 order.

21 10.    Upon termination of this litigation, the originals and all copies of confidential documents shall
22 be turned over to counsel for the party who produced such documents or disposed of in some other
23 manner that is mutually agreeable among the parties.

24 11.    This stipulation and protective order is without prejudice to the right of anyone to apply to the
25 Court for an order modifying this stipulation and protective order in any respect.  The Court retains
26 jurisdiction for six (6) months after the termination of this action to enforce this order and, upon
27 motion of any party hereto, to make amendments, modifications, deletions or additions to this order
28 as the court may deem appropriate.

12.     The termination of proceedings in this action shall not thereafter relieve the parties from the obligations of maintaining the confidentiality of all material designated as confidential which is received pursuant to this stipulation and order, provided, however, that this paragraph shall not apply to any material which is or becomes publicly available.

IT IS SO STIPULATED.

Dated: July 23, 2007

/s/Thomas P. Hogan
as authorized on August 10, 2007
THOMAS P. HOGAN
Attorney for Plaintiff Louis Smith, Jr.

Dated: August 10, 2007

/s/Arlene Helfrich
GREGORY M. FOX
ARLENE C. HELFRICH
Attorneys for Defendants City of Tracy et al.

The parties have submitted a stipulated protective order for approval by the court. That protective order, as modified above, is approved.  The court disapproves of the term in the original stipulation excluding persons from the depositions, and has modified the stipulation to that effect.  To the extent the parties wish to exclude persons from "confidential" portions of a deposition and there is an actual dispute in that regard, they may move the court for such an order pursuant to Fed. R. Civ. P. 26(c)(5), which requires the moving party to establish good cause for such exclusion. Further, the court disapproves of any term unilaterally binding persons other than the parties to this suit, including any court personnel or deposition reporters, and has modified the order accordingly.

SO ORDERED.

Dated: August 23, 2007.

HONORABLE EDMUND F. BRENNAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

4

STIPULATION FOR AND [PROPOSED] PROTECTIVE ORDER

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____[print or type full name], of _____[print or type full address], declare that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States Court for the Eastern District of California on _____[date] in Case No.: 2:06-CV-02242-WBS-EFB. I agree to comply with and be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in compliance with the provisions of this Order. I further agree to submit to the jurisdiction of the United States District for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint_____[print or type full name] of_____[print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date:_____

City and State where sworn and signed:_____

Printed name:_____

Signature:_____

5

STIPULATION FOR AND [PROPOSED] PROTECTIVE ORDER

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____[print or type full name], of _____[print or type full address], declare that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States Court for the Eastern District of California on _____[date] in Case No.: 2:06-CV-02242-WBS-EFB. I agree to comply with and be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in compliance with the provisions of this Order. I further agree to submit to the jurisdiction of the United States District for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint_____[print or type full name] of_____[print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date:_____

City and State where sworn and signed:_____

Printed name:_____

Signature:_____