1   Gregory M. Fox, State Bar No. 070876
    Arlene C. Helfrich, State Bar No. 096461
2   BERTRAND, FOX & ELLIOT
    The Waterfront Building
3   2749 Hyde Street
    San Francisco, California 94109
4   Telephone:    (415) 353-0999
    Facsimile:    (415) 353-0990
5
    Attorneys for Defendants CITY OF TRACY,
6   CITY OF TRACY POLICE DEPARTMENT
    and OFFICERS KOOTSTRA and STAMMLER
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  LOUIS GARFIELD SMITH, JR.,          ) Case No.:  2:06-CV-02242-WBS-EFB
                                        )
12              Plaintiff,              ) **STIPULATION and [PROPOSED] ORDER**
        vs.                             ) **DISMISSING ENTIRE ACTION WTH**
13                                      ) **PREJUDICE**
    CITY OF TRACY, a municipality; CITY OF )
14  TRACY POLICE DEPT.; OFFICER         )
    KOOSTRA, an individual and employee of )
15  CITY OF TRACY POLICE DEPT.; OFFICER )
    STAMMLER, an individual and employee of )
16  CITY OF TRACY POLICE DEPT.; and DOES )
    1 through 10, inclusive,            )
17                                      )
18              Defendant.              )
    _____)

19

20          Plaintiff LOUIS GARFIELD SMITH, JR. by and through his counsel of record Thomas P.

21  Hogan of the Law Offices of Thomas P. Hogan, and Defendants CITY OF TRACY, CITY OF

22  TRACY POLICE DEPT. and OFFICERS CRAIG KOOTSTRA (sued herein as Koostra) and

23  CRISTIN STAMMLER, by and through their counsel of record Gregory M. Fox ,of Bertrand, Fox

24  and Elliot, hereby agree and stipulate as follows:

25          IT IS HEREBY STIPULATED by and between the parties, acting by and through their

26  designated counsel of record, that the above captioned entire matter be and hereby is dismissed with

27  prejudice pursuant to F.R.C.P. 41(a)(1) pursuant to the Settlement Agreement and Full and Final

28  Release of All Claims ("Agreement") entered into between the parties and executed and notarized by

                                        1

plaintiff, and adult,  and his parents and their attorney of record on January 21, 2008 and which

Agreement is incorporated herein as though fully set forth.  Each side shall bear their own costs and

fees.

SO STIPULATED.


Dated:  January 22, 2008                    BERTRAND, FOX & ELLIOT


By:  _____/s/Gregory M. Fox_____
                            GREGORY M. FOX
                            ATORNEYS FOR DEFENDANTSCITY OF TRACY,
                            CITY OF TRACY POLICE DEPARTMENT
                            and OFFICERS KOOTSTRA and STAMMLER

Dated: January 22, 2008                    LAW OFFICES OF THOMAS P. HOGAN


                            /s/Thomas P. Hogan
By:  _____(as authorized on January 22, 2008)_____
                            THOMAS P. HOGAN
                            Attorneys for Plaintiff, LOUIS GARFIELD SMITH, JR.


ORDER

Good cause appearing the Stipulation is So Ordered. It is hereby Ordered that the entire

action is dismissed with prejudice.  Each party shall bear their own costs and fees.

SO ORDERED.


Dated:  January 28, 2008


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER DISMISSING ENTIRE ACTION